

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2016

No. 04-15-00644-CV

Bret **RADCLIFFE**, Robert Radcliffe, and Mamba Minerals, LLC,
Appellants

v.

**TIDAL PETROLEUM, INC.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-07-00176-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellants' reply brief was filed on March 23, 2016. *See* TEX. R. APP. P. 38.3. On April 15, 2016, appellee Tidal Petroleum, Inc. filed a response to Appellant's reply brief and a motion for extension of time to file the response.

Appellee's motion is GRANTED. Appellee's response to Appellants' reply brief is deemed timely filed.

It is so **ORDERED** on April 18, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court